# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| RONALD ODELL KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:23-cv-00499-ACA-NAD |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM OPINION**

On May 31, 2023, the magistrate judge notified Plaintiff Ronald Odell King that his *pro se* complaint and his application to proceed *in forma pauperis* were deficient and ordered Mr. King to correct the deficiencies within thirty days. (Doc. 2). When Mr. King failed to comply with or otherwise respond to that order, the magistrate judge entered a report on July 18, 2023, recommending that the court dismiss this action for failure to prosecute. (Doc. 3). The magistrate judge advised Mr. King of his right to file objections to that report and recommendation within fourteen days (Doc. 3 at 2–3). The deadline for objections has passed without receipt of any objections.

A party's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. After careful consideration of the record in this case and the magistrate judge's

report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this August 10, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE